IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-7 (MTT) |
| | ) |
| REGINALD MADDOX AND | ) |
| MARCUS RICHARDSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

The defendants, by and through their counsel, have moved to continue this case until the next trial term.  Docs. 33; 34.  The defendants were indicted on February 13, 2024, and had their initial appearances and arraignments in this Court on February 29, 2024.  Docs. 1; 12; 19.  One prior continuance has been granted.  Doc. 29.  The defendants, by and through their counsel, now move the Court to continue this case to the next trial term to allow additional time to review discovery and investigate the case. Docs. 33 at 2; 34 ¶ 4.  The government does not oppose the motions.  Docs. 33 at 2; 34 ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motions (Docs. 33; 34) are **GRANTED**.  The case is continued from the July term until the Court's next trial term presently scheduled for **September 16, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of June, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT