IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-7 (MTT) |
| | ) |
| REGINALD MADDOX AND | ) |
| MARCUS RICHARDSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

The government has moved to continue this case until the next trial term.  Doc. 37.  The defendants were indicted on February 13, 2024, and had their initial appearances and arraignments in this Court on February 29, 2024.  Docs. 1; 12; 19.  Two prior continuances have been granted.  Docs. 29; 35.  The government now moves the Court to continue this case to the next trial term to allow additional time to assess the need for additional discovery, file any motions deemed appropriate, and complete plea negotiations.  Doc. 37 ¶ 3.  The defendants do not oppose the motion.  *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motion (Doc. 37) is **GRANTED**.  The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT